**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **AUTOLOXER LLC,**<br><br>Plaintiff,<br>v.<br><br>**YANMAR AMERICA CORPORATION,**<br><br>Defendant. | CASE NO. 2:16-cv-143-RWS-RSP<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF AUTOLOXER LLC'S ANSWER TO THE**
**COUNTERCLAIMS OF YANMAR AMERICA CORPORATION**

Plaintiff Autoloxer LLC ("Autoloxer") hereby answers the counterclaims [Dkt. No. 11] of Yanmar America Corporation ("Yanmar" or "Defendant"), by corresponding paragraph number as follows:

**ANSWER TO YANMAR AMERICA CORPORATION'S COUNTERCLAIMS**

**GENERAL ALLEGATIONS**

1. Autoloxer incorporates paragraphs 1 – 19 of its Complaint.

**THE PARTIES**

2. Admitted.

3. Admitted.

**JURISDICTION AND VENUE**

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

## NATURE OF THE ACTION

8. Admitted.

## FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-infringement of U.S. Patent No. 7,084,735)**

9. Autoloxer incorporates by reference paragraphs 1-8 of its Answer to the Counterclaims as if fully set forth herein.

10. Admitted.

11. Denied.

12. Denied.

13. Denied.

14. Admitted.

15. Denied.

## SECOND COUNTERCLAIM

**(Declaratory Judgment of Invalidity of U.S. Patent No. 7,084,735)**

16. Autoloxer incorporates by reference paragraphs 1-15 of its Answer to the Counterclaims as if fully set forth herein.

17. Admitted.

18. Denied.

19. Autoloxer admits that there is an actual and justiciable controversy between Autoloxer and Yanmar concerning the validity of the ‘735 patent and otherwise denies the allegations.

20. Denied.

**YANMAR'S PRAYER FOR RELIEF**

Autoloxer denies that Yanmar is entitled to any relief, including the relief requested in its prayer for relief.

Dated: May 6, 2016

Respectfully submitted,

*/s/ David R. Bennett*

By: David R. Bennett
**DIRECTION IP LAW**
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com
**ATTORNEY FOR PLAINTIFF AUTOLOXER LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served by e-mail and/or electronic file transfer on May 6, 2016, to counsel of record for defendant.

/s/ *David R. Bennett*___
David R. Bennett